

# THE ATTORNEY GENERAL
# OF TEXAS

PRICE DANIEL
ATTORNEY GENERAL

AUSTIN, TEXAS

Honorable E. Y. Cunningham
County Auditor
Navarro County
Corsicana, Texas

Dear Mr. Cunningham:

Opinion No. O-6212

Re: Will it be necessary for
Navarro County to furnish elec-
tion blanks to hold the special
election for State Senator?

Your letter of September 6, 1944, has been received, and reads:

"Will it be necessary for Navarro County to furnish special election blanks to hold the election for Senator which has been ordered by Governor Stevenson to take Senator Clay Cotten's place, this election to be held on the same date as the general election?

"Please advise what procedure we must take to hold this election."

It is our considered opinion that it is the duty and responsibility of Navarro County to furnish the election supplies necessary to hold the special election for State Senator, which has been called by the Governor.

We enclose copies of our Opinion No. O-610, dated April 18, 1939, and our Opinion No. O-4872, approved September 29, 1942, relating to this subject, which will give you our reasons for the above answer.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

APPROVED SEP. 23, 1944

GROVER SELLERS
Attorney General of Texas